**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.   26-cr-80174-ARTAU-REINHART

8 U.S.C.§ 1326(a)

**UNITED STATES OF AMERICA**

**vs.**

**DIEGO ALEJANDRO ESPARZA-SILVA,**

    **Defendant.**

_____/

FILED BY____MEE____D.C.

**Aug 10, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**

On or about February 19, 2026, in Palm Beach County, in the Southern District of Florida, the defendant,

**DIEGO ALEJANDRO ESPARZA-SILVA,**

an alien, having previously been removed from the United States on or about May 30, 2015, and March 12, 2016, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his or her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

*Adam C. McMichael*   for
_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*Rinku Tribuiani*
_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**

**CASE NO.:**  26-cr-80174-ARTAU-REINHART

v.

DIEGO ALEJANDRO ESPARZA-SILVA,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL    ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take ___2___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑  0 to  5 days
   II   ☐   6 to 10 days
   III  ☐  11 to 20 days
   IV   ☐  21 to 60 days
   V    ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Ryon M. McCabe _____ Magistrate Case No. 26-8147-RMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of 02/26/2026

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _Rinku Tribuiani_____
RINKU TRIBUIANI
Assistant United States Attorney
FL Bar No.            0150990

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: DIEGO ALEJANDRO ESPARZA-SILVA

**Case No**: 26-cr-80174-ARTAU-REINHART

Count #1

Illegal Re-entry after Removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:**  2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**  1 Year
* **Max. Fine:**  $250,000
* **Special Assessment:**  $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   26-cr-80174-ARTAU-REINHART |
| DIEGO ALEJANDRO ESPARZA-SILVA, | ) | |
| | ) | |
| _Defendant._ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
_Defendant's signature_


_____
_Signature of defendant's attorney_


_____
_Printed name of defendant's attorney_


_____
_Judge's signature_

Ryon M. McCabe, U.S. Magistrate Judge
_Judge's printed name and title_